| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Garland, Merrick B | 2. Court or Organization<br><br>US Court of Appeals/DC Circuit | 3. Date of Report<br><br>5/13/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Circuit Judge-Active Status | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ◉ Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br><br>333 Constitution Avenue, N.W.<br><br>Washington, D.C. 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.    Member | Board of Overseers, Harvard University |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1.    1993 | Retirement Funds in retire. plans of fmr. law firm, Arnold & Porter (indep. custodians, self-directed, no firm contribs., assets reported in Part VII). [Funds |
| 2. | were rolled over into individual IRA in Aug. 2003] |

RECEIVED 2004 MAY 13 P 12: 53 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Garland, Merrick B | 5/13/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Sidwell Friends School - Teacher |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Administrative Law Section, ABA | Feb. 7-9 - Seattle, WA - Mid-Year Meeting (transp., meals, room) |
| 2. | University of Illinois, College of Law | Apr. 18-22 - Champaign, IL - Moot Court (transp., meals, room) |
| 3. | Harvard University | Sept. 20-21 - Cambridge, MA - Board of Overseers Meeting (transp., meals, room) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garland, Merrick B | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Sun Trust Bank (bank accounts) | C | Interest | N | T | | | | | |
| 2. Sun Trust Bank (bank accounts) | A | Interest | K | T | | | | | |
| 3. Justice Fed. Credit Union (bank accounts) | C | Interest | M | T | | | | | |
| 4. U.S. Savings Bonds | | None | K | T | | | | | |
| 5. IRA #1 | A | Dividend | K | T | | | | | |
| 6. -U.S. Treasury Certificates of Accrual | | | | | Redempt. | 11/17 | K | | |
| 7. -Edwards Jones Co. Money Mkt. | | | | | Buy | 11/17 | K | | |
| 8. Brokerage Account #1 | | | | | | | | | |
| 9. -General Mills Inc. Common | B | Dividend | L | T | | | | | |
| 10. -Wyeth Common | A | Dividend | K | T | | | | | |
| 11. -BP PLC Common | B | Dividend | | | Sold | 8/11 | L | F | |
| 12. -Bristol-Myers Squibb Co. Common | A | Dividend | K | T | | | | | |
| 13. -Zimmer Holdings Inc. Common | | None | J | T | | | | | |
| 14. -Exxon Mobil Corp. Common | B | Dividend | | | Sold | 8/11 | L | F | |
| 15. -General Electric Co. Common | B | Dividend | L | T | | | | | |
| 16. -Georgia Pacific Corp. Common | A | Dividend | K | T | | | | | |
| 17. -Plum Creek Common | A | Dividend | K | T | | | | | |
| 18. -Gillette Co. Common | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Garland, Merrick B | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. -Procter & Gamble Co. Common | B | Dividend | L | T | | | | | |
| 20. -J.M. Smucker Co. Common | A | Dividend | J | T | | | | | |
| 21. -Royal Dutch Petroleum Co. Common | A | Dividend | | | Part. Sale | 8/11 | J | B | |
| 22. | | | | | Donated | 8/12 | J | | |
| 23. | | | | | Donated | 8/14 | J | | |
| 24. -The Reserve Fund (money market) | A | Dividend | N | T | | | | | |
| 25. -Citigroup Inc. Common | B | Dividend | L | T | | | | | |
| 26. -Credit Suisse Cap. Apprec. Fund | | None | M | T | | | | | |
| 27. -Nuveen Maryland Prem. Inc. Municipal Fund | D | Dividend | L | T | | | | | |
| 28. -US Treasury Notes due 2005 | D | Interest | M | T | | | | | |
| 29. -US Treasury Notes due 2006 | D | Interest | M | T | | | | | |
| 30. -US Treasury Notes due 2003 | D | Interest | | | Redempt. | 1/31 | M | | |
| 31. -US Treasury Notes due 2007 | C | Interest | M | T | Buy | 8/21 | M | | |
| 32. Brokerage Account #2 | | | | | | | | | |
| 33. -Fidelity Municipal Money Market Trust | A | Dividend | M | T | Buy | 10/13 | K | | |
| 34. -Fidelity Equity Income II | C | Dividend | N | T | | | | | |
| 35. -Fidelity Spartan 500 Index Fund | B | Dividend | M | T | | | | | |
| 36. -Fidelity Cash Reserves | A | Interest | | | Buy | 8/20 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | ● = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. | | | | | Sold | 10/13 | K | | |
| 38. Fidelity Contrafund | A | Dividend | N | T | | | | | |
| 39. Retirement Account #1 | B | Dividend | | | Distrib. | 8/14 | M | | |
| 40. -Vanguard Institutional Index | | | | | | | | | |
| 41. Retirement Account #2 (401(k)) | A | Dividend | | | Distrib. | 8/15 | L | | |
| 42. -Fidelity Spartan U.S. Equity Index Fund | | | | | | | | | |
| 43. IRA #2 | A | Dividend | J | T | | | | | |
| 44. -Edward Jones Co. Money Market | | | | | | | | | |
| 45. -Prudential Jennison Growth Fund | | | | | | | | | |
| 46. Retirement Account #3 | A | Dividend | M | T | | | | | |
| 47. -Fidelity Magellan Fund | | | | | | | | | |
| 48. Trust #1 (X) | D | Dividend | N | T | | | | | |
| 49. -U.S. Treasury Bonds | | | | | Buy | 1/9 | K | | |
| 50. -U.S. Treasury Bonds | | | | | Sell | 4/30 | K | | |
| 51. -Gabelli Growth Fund | | | | | - | | | | |
| 52. -The Reserve Fund (money market) | | | | | | | | | |
| 53. Trust #2 (X) | D | Dividend | N | T | | | | | |
| 54. -U.S. Treasury Bonds | | | | | Buy | 1/9 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | ● = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garland, Merrick B | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. -U.S. Treasury Bonds | | | | | Sell | 4/30 | K | | |
| 56. -Gabelli Growth Fund | | | | | | | | | |
| 57. -The Reserve Fund (money market) | | | | | | | | | |
| 58. Rollover IRA | B | Dividend | N | T | | | | | |
| 59. -Fidelity Cash Reserves | | | | | Buy | 8/20 | M | | |
| 60. | | | | | Sold | 9/18 | M | | |
| 61. | | | | | Sold | 10/24 | K | | |
| 62. -Spartan US Equity Index | | | | | Buy | 8/15 | L | | |
| 63. | | | | | Buy | 9/18 | M | | |
| 64. | | | | | Buy | 10/24 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Garland, Merrick B | 5/13/2004 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Garland, Merrick B | 5/13/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____      Date____5/13/04_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544